# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 20-02639 |
| Jack Jin Shen | : | Chapter 13 |
| Ming Chih Shen | : | Judge Robert N. Opel II |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Related Document # |
| Movant, | : | |
| vs | : | |
| | : | |
| Jack Jin Shen | : | |
| Ming Chih Shen | : | |
| Jack J Shen | : | |
| | : | |
| Charles J DeHart, III | | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-016750_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-02639** |
| **Jack Jin Shen** | : | **Chapter 13** |
| **Ming Chih Shen** | : | **Judge Robert N. Opel II** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jack Jin Shen** | : | |
| **Ming Chih Shen** | : | |
| **Jack J Shen** | : | |
| | : | |
| **Charles J DeHart, III** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Timothy B. Fisher II, Attorney for Jack Jin Shen and Ming Chih Shen, donna.kau@pocono-lawyers.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jack Jin Shen and Ming Chih Shen, 3118 Vanvliet Road, East Stroudsburg, PA 18301

20-016750_PS

Case 5:20-bk-02639-RNO    Doc 16    Filed 09/21/20    Entered 09/21/20 17:58:08    Desc
Main Document    Page 2 of 3

Jack J Shen, 3118 Vanvliet Rd, East Stroudsburg, PA  18301

                                                          /s/ Karina Velter

20-016750_PS