United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jack Jin Shen  
Ming Chih Shen  
    Debtor(s)

Case No. 20-02639-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 05, 2020     Form ID: ntcnfhrg     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Jin Shen, Ming Chih Shen, 3118 Vanvliet Road, East Stroudsburg, PA 18301-9316 |
| 5356683 | + | 1st National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 5356684 | + | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 5356685 | | Apothaker Scian P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 5356686 | + | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5356691 | + | Citibank N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5356697 | + | Glenbrook East Apartments, 26 Waverly Drive, #G, Stroudsburg, PA 18360-1438 |
| 5358901 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5356701 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5356703 | + | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5356704 | | Pocono Springs Civic Association, 331 S. Turnpike Road, Newfoundland, PA 18445-5051 |
| 5356714 | + | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5356715 | + | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5356716 | + | Transworld Systems, P.O. Box 15095, Wilmington, DE 19850-5095 |
| 5356717 | + | Wayne County Tax Claim Bureau, 925 Court Street, Honesdale, PA 18431-1994 |
| 5358705 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5356718 | + | Wells Fargo Card Services, Credit Bureau Dispute Res, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2020 19:46:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356695 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2020 19:21:00 | CP/ Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5356687 | | Email/Text: cms-bk@cms-collect.com | Oct 05 2020 19:21:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5356688 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2020 19:45:54 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5356689 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 05 2020 19:46:18 | Capital One Card, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5356690 | + | Email/Text: bankruptcy@cavps.com | Oct 05 2020 19:21:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 5358270 | + | Email/Text: bankruptcy@cavps.com | Oct 05 2020 19:21:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5356692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2020 19:21:00 | Comenity Bank/CTPR&BKS, PO Box 182789, Columbus, OH 43218-2789 |
| 5356693 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2020 19:21:00 | Comenity Bank/VCTRSSEC, P.O. Box 182789, Columbus, OH 43218-2789 |
| 5356694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 05 2020 19:21:00 | Comenity Capital Bank/BJS, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5356696 | | Email/Text: mrdiscen@discover.com | Oct 05 2020 19:21:00 | Discover Fincl SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5358962 | | Email/Text: mrdiscen@discover.com | Oct 05 2020 19:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5356698 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2020 19:21:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5356699 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 05 2020 19:46:06 | JPMCB Auto Finance, PO Box 901003, Credit Bureau Dispute Processing, Fort Worth, TX 76101 |
| 5359840 | | Email/Text: bk.notifications@jpmchase.com | Oct 05 2020 19:21:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5356700 | + | Email/Text: bknotices@mbandw.com | Oct 05 2020 19:21:00 | McCarthy, Burgess & Wolff, 26000 CANNON RD, Bedford, OH 44146-1807 |
| 5356705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2020 19:46:19 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5356702 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:18 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5356707 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:06 | SYNCB/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5356708 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:17 | SYNCB/Newegg, P.O.Box 960061, Orlando, FL 32896-0013 |
| 5356709 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:18 | SYNCB/Paypal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5356710 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:18 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5356711 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:45:53 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 5356706 | | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 05 2020 19:21:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 5356780 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356713 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:18 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5356712 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2020 19:46:18 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 5362784 | + | Email/Text: bncmail@w-legal.com | Oct 05 2020 19:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Ming Chih Shen, 3118 Vanvliet Road, East Stroudsburg, PA 18301-9316 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Jack Jin Shen donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Ming Chih Shen donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jack Jin Shen, | Chapter 13 |
| **Debtor 1** | |
| Ming Chih Shen, | Case No. 5:20−bk−02639−RNO |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 2, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 5, 2020 |

ntcnfhrg (03/18)