# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Jack Jin Shen**
       **Ming Chih Shen**

Case No.   **5:20-bk-02639**

Debtor(s)       Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 19, 2020** a copy of   **Notice of Chapter 13 Bankruptcy Case Filing**   was served electronically or by regular United States mail.

**Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541**

**/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753Fax:570-842-8979**