**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re   Jack Jin Shen
        Ming Chih Shen

Case No. 5:20-bk-02639
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, a copy of **Order Confirming Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax: 570-842-8979**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:20-bk-02639-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Dec  4 07:42:09 EST 2020 | 1st National Bank<br>4140 E State Street<br>Hermitage, PA 16148-3401 | Amex Department Stores<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Apothaker Scian P.C.<br>520 Fellowship Road, Suite C306<br>P.O. Box 5496<br>Mount Laurel, NJ 08054-5496 | Best Buy/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 | CP/ Bon Ton<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Card<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Suite 4A<br>Valhalla, NY 10595-2323 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citibank N.A.<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Comenity Bank/CTPR&BKS<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/VCTRSSEC<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Comenity Capital Bank/BJS<br>P.O. Box 182120<br>Columbus, OH 43218-2120 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | Glenbrook East Apartments<br>26 Waverly Drive<br>#G<br>Stroudsburg, PA 18360-1438 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 |
| McCarthy, Burgess & Wolff<br>26000 CANNON RD<br>Bedford, OH 44146-1807 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Dallas, TX 75063 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Paypal Credit<br>PO Box 71202<br>Charlotte, NC 28272-1202 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pocono Springs Civic Association<br>331 S. Turnpike Road<br>Newfoundland, PA 18445-5051 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| SYNCB/Lowes<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | SYNCB/Newegg<br>P.O.Box 960061<br>Orlando, FL 32896-0013 | SYNCB/Paypal Credit Card<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Sams Club Dual Card<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | SYNCB/TJX CO PLCC<br>PO Box 965015<br>Orlando, FL 32896-5015 | Sallie Mae<br>P.O. Box 3229<br>Wilmington, DE 19804-0229 |
| Sallie Mae<br>PO Box 3319<br>Wilmington, DE 19804-4319 | Jack Jin Shen<br>3118 Vanvliet Road<br>East Stroudsburg, PA 18301-9316 | Ming Chih Shen<br>3118 Vanvliet Road<br>East Stroudsburg, PA 18301-9316 |
| Synchrony Bank<br>170 Election Road<br>Suite 125<br>Draper, UT 84020-6425 | Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TD Bank USA/Target<br>NCD-0450<br>PO Box 1470<br>Minneapolis, MN 55440-1470 | The Home Depot/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 |
| Transworld Systems<br>P.O. Box 15095<br>Wilmington, DE 19850-5095 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Karina Velter<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 |
| Wayne County Tax Claim Bureau<br>925 Court Street<br>Honesdale, PA 18431-1994 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>Credit Bureau Dispute Res<br>PO Box 14517<br>Des Moines, IA 50306-3517 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).