United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Jack Jin Shen<br>Ming Chih Shen<br>    Debtors | Case No. 20-02639-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jack Jin Shen, Ming Chih Shen, 3118 Vanvliet Road, East Stroudsburg, PA 18301-9316 |
| 5356701 | | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063 |
| 5356717 | + | Wayne County Tax Claim Bureau, 925 Court Street, Honesdale, PA 18431-1994 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 17 2025 22:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356683 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 17 2025 18:48:00 | 1st National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 5356684 | + | EDI: CITICORP | Oct 17 2025 22:46:00 | Amex Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 5356685 | ^ | MEBN | Oct 17 2025 18:43:19 | Apothaker Scian P.C., 520 Fellowship Road, Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 5356686 | + | EDI: CITICORP | Oct 17 2025 22:46:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5356695 | + | EDI: WFNNB.COM | Oct 17 2025 22:46:00 | CP/ Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 5356687 | | Email/Text: cms-bk@cms-collect.com | Oct 17 2025 18:48:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5356688 | + | EDI: CAPITALONE.COM | Oct 17 2025 22:46:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5356689 | + | EDI: CAPITALONE.COM | Oct 17 2025 22:46:00 | Capital One Card, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5356690 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2025 18:48:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 5358270 | | Email/Text: bankruptcy@cavps.com | Oct 17 2025 18:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5356691 | + | EDI: CITICORP | Oct 17 2025 22:46:00 | Citibank N.A., PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5356692 | + | EDI: WFNNB.COM | Oct 17 2025 22:46:00 | Comenity Bank/CTPR&BKS, PO Box 182789, Columbus, OH 43218-2789 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5356693 | EDI: WFNNB.COM | Oct 17 2025 22:46:00 | Comenity Bank/VCTRSSEC, P.O. Box 182789, Columbus, OH 43218-2789 |
| 5356694 | + EDI: WFNNB.COM | Oct 17 2025 22:46:00 | Comenity Capital Bank/BJS, P.O. Box 182120, Columbus, OH 43218-2120 |
| 5356696 | EDI: DISCOVER | Oct 17 2025 22:46:00 | Discover Fincl SVC LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5364536 | EDI: Q3G.COM | Oct 17 2025 22:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5358962 | EDI: DISCOVER | Oct 17 2025 22:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5356698 | EDI: IRS.COM | Oct 17 2025 22:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5356699 | + EDI: JPMORGANCHASE | Oct 17 2025 22:46:00 | JPMCB Auto Finance, PO Box 901003, Credit Bureau Dispute Processing, Fort Worth, TX 76101-2003 |
| 5359840 | EDI: JPMORGANCHASE | Oct 17 2025 22:46:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5356700 | Email/Text: bknotices@mbandw.com | Oct 17 2025 18:48:00 | McCarthy, Burgess & Wolff, 26000 CANNON RD, Bedford, OH 44146 |
| 5358901 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 18:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5372879 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2025 18:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5356703 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 18:48:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 5364625 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2025 18:48:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5356704 | Email/Text: lorrie@poconosprings.org | Oct 17 2025 18:48:00 | Pocono Springs Civic Association, 331 S. Turnpike Road, Newfoundland, PA 18445-5051 |
| 5356705 | EDI: PRA.COM | Oct 17 2025 22:46:00 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5366705 | EDI: PRA.COM | Oct 17 2025 22:46:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5369421 | EDI: PRA.COM | Oct 17 2025 22:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5356702 | + EDI: SYNC | Oct 17 2025 22:46:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5371974 | EDI: Q3G.COM | Oct 17 2025 22:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5356707 | EDI: SYNC | Oct 17 2025 22:46:00 | SYNCB/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5356708 | EDI: SYNC | Oct 17 2025 22:46:00 | SYNCB/Newegg, P.O.Box 960061, Orlando, FL 32896-0013 |
| 5356709 | + EDI: SYNC | Oct 17 2025 22:46:00 | SYNCB/Paypal Credit Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5356710 | EDI: SYNC | Oct 17 2025 22:46:00 | SYNCB/Sams Club Dual Card, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5356711 | + EDI: SYNC | Oct 17 2025 22:46:00 | SYNCB/TJX CO PLCC, PO Box 965015, Orlando, FL 32896-5015 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5371362 | | EDI: SALLIEMAEBANK.COM | Oct 17 2025 22:46:00 | Sallie Mae, PO Box 3319, Wilmington, DE 19804-4319 |
| 5356706 | | EDI: SALLIEMAEBANK.COM | Oct 17 2025 22:46:00 | Sallie Mae, P.O. Box 3229, Wilmington, DE 19804-0229 |
| 5356780 | + | EDI: PRA.COM | Oct 17 2025 22:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5356713 | + | EDI: SYNC | Oct 17 2025 22:46:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5356712 | + | EDI: SYNC | Oct 17 2025 22:46:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 5362784 | + | Email/Text: bncmail@w-legal.com | Oct 17 2025 18:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5356714 | + | EDI: WTRRNBANK.COM | Oct 17 2025 22:46:00 | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 5356715 | + | EDI: CITICORP | Oct 17 2025 22:46:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5356716 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 17 2025 18:48:00 | Transworld Systems, P.O. Box 15095, Wilmington, DE 19850-5095 |
| 5358705 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 18 2025 01:13:28 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5356718 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 17 2025 18:55:02 | Wells Fargo Card Services, Credit Bureau Dispute Res, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5356697 | ##+ | Glenbrook East Apartments, 26 Waverly Drive, #G, Stroudsburg, PA 18360-1438 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

Adam Bradley Hall
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

Christopher A DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com cistewart@logs.com

Denise E. Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Timothy B. Fisher, II
    on behalf of Debtor 1 Jack Jin Shen donna.kau@pocono-lawyers.com

Timothy B. Fisher, II
    on behalf of Debtor 2 Ming Chih Shen donna.kau@pocono-lawyers.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 __Jack Jin Shen__<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2258<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| Debtor 2 __Ming Chih Shen__<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3577<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  5:20–bk–02639–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jack Jin Shen

Ming Chih Shen

**By the court:**

10/17/25

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2